**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CONSTANTINA TSOTSOS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., a Delaware Corporation<br><br>Defendant. | Case No.: 24-cv-00635<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Albert Berry III |

**JOINT MOTION TO POSTPONE EXPERT DISCOVERY UNTIL AFTER A RULING ON DISPOSITIVE MOTIONS**

Defendant United Airlines, Inc. ("Defendant") and Plaintiff Constantina Tsotsos ("Plaintiff") (collectively, the "Parties"), through their respective attorneys, submit this Joint Motion to Postpone Expert Discovery Until After a Ruling on Dispositive Motions, pursuant to Magistrate Judge Berry's September 24, 2026 Order (Dkt. 51).

1. This is an employment discrimination case alleging claims under the Americans with Disabilities Act.

2. Fact discovery closed on September 22, 2026.

3. On September 23, 2026, the Parties submitted a joint status report (Dkt. 50). Pursuant to Magistrate Judge Berry's August 10, 2026 Order (Dkt. 49), the joint status report outlined a proposed schedule for expert discovery but further stated that Defendant anticipates filing a motion for summary judgment and that the Parties would prefer to delay expert discovery until after a ruling on the motion for summary judgment, if necessary.

4. On September 24, 2026, Magistrate Judge Berry issued an Order setting an expert discovery schedule and stating that "[t]o the extent that the parties wish to file dispositive

motions, they must present that issue to the District Judge" (Dkt. 51).

5. The Parties therefore jointly request that the Court set a briefing schedule for the filing of summary judgment motions and postpone any expert discovery until the Court rules on such motion. If the Court agrees to postpone expert discovery and set a summary judgment briefing schedule, the Parties propose the following schedule:

- Motions for Summary Judgment to be filed by November 24, 2026.
- Responses to Summary Judgment Motions to be filed by January 25, 2027.
- Replies in Support of Motions for Summary Judgment to be filed by February 24, 2027.

6. Staying expert discovery until after resolution of summary judgment would conserve the Parties' resources and promote judicial economy because the Court's ruling may resolve the case or eliminate or narrow the issues requiring expert discovery.

WHEREFORE, the Parties respectfully request that the Court enter the proposed summary-judgment briefing schedule and stay the expert-discovery deadlines set in Dkt. 51 until after the Court rules on the motion for summary judgment.

**Dated: October 5, 2026**

Respectfully submitted,

*/s/ John M. O'Toole*
John M. O'Toole (ARDC #6199003)
O'TOOLE LAW FIRM, LLC
150 S. Wacker Drive, Suite 2400
Chicago, Illinois 60606
Telephone: (312) 560-8981
Fax: (312) 546-5123
john@otoolelaw.net
**Counsel for Plaintiff Constantina Tsotsos**

*/s/ Noreen H. Cull*
Alan S. King, Esq. (ARDC #06198223)
Noreen H. Cull, Esq. (ARDC # 06229417)
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn St. Suite 2200
Chicago, Illinois 60603
Telephone: 312.471.8700/Fax: 312.471.8701
aking@rshc-law.com;
ncull@rshc-law.com
**Counsel for Defendant United Airlines, Inc.**